# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HOUSTON, | Case No. 16-cv-02050 NC |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| v. | |
| FOCUS RECEIVABLES MANAGEMENT, LLC, | |
| Defendant. | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice.  In the event that the settlement is not reached, any party may move to reopen the case, provided that such motion is filed by July 29, 2016.  All scheduled dates are VACATED.

IT IS SO ORDERED.

Dated:  June 13, 2016

_____
Nathanael M. Cousins
United States Magistrate Judge